919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908                        JENNER&BLOCK LLP

August 20, 2014

Andrew H. Bart
Tel  212 891-1645
Fax 212 909-0805
abart@jenner.com

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:   *Wallert, et al. v. Atlan, et al.*, 13 Civ. 4099 (PAE), Request for Extension of Time

Dear Judge Engelmayer,

    Pursuant to Section I.E of the Court's Individual Rules, Defendant Universal Music Group, Inc. respectfully requests a three-week extension of its deadline to file an answer or move to dismiss Plaintiff's Amended Complaint from Tuesday, August 19, 2014, to Tuesday, September 9, 2014.  There have been no previous requests for an extension.

    Counsel for Plaintiff consents to Defendant's request for a three-week extension.

    We thank the Court for its consideration.

Respectfully Submitted,

*Andrew H Bart*

Andrew H. Bart
Attorney for Plaintiffs

cc:   All Counsel (By ECF)