

500 Fifth Avenue, 40th Floor
New York, NY 10110
tel: 212-257-4880
fax: 212-202-6417

www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

August 21, 2014

VIA ECF
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

  Re: *Wallert v. Atlan, et al.*, Docket No. 14 CV 4099 (PAE) (JCF)

Dear Judge Engelmayer:

  This firm represents defendant Sony Music Holdings Inc. in the above-referenced matter. The Defendant's Answer to the Amended Complaint was originally due on August 21, 2014. We respectfully request that the Court extend the deadline to respond to September 22, 2014. This is Defendant's first request for an extension, and we seek it in light of summer vacation plans and to coordinate amongst other named Defendants, not all of whom have been served.

  Plaintiff's counsel has consented to this extension.

           Sincerely,

           s/ Cynthia S. Arato

           Cynthia S. Arato