Andrew H. Bart
Tel 212 891-1645
Fax 212 909-0805
abart@jenner.com

September 4, 2014

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: *Wallert, et al. v. Atlan, et al.*, 14 Civ. 4099 (PAE), Request for Extension of Time

Dear Judge Engelmayer,

We are counsel for Defendant Universal Music Group, Inc. Pursuant to Section I.E of the Court's Individual Rules, we respectfully request an additional four-week extension of Defendant's deadline to file an answer or move to dismiss Plaintiff's Amended Complaint from Tuesday, September 9, 2014, to Tuesday, October 7, 2014. The request is a result of ongoing discussions between the parties about the possibility of an amicable settlement.

There has been one previous request for an extension. Counsel for Plaintiff consents to the request.

We thank the Court for its consideration.

Respectfully Submitted,

Andrew H. Bart

cc: All Counsel (By ECF)